UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:14-CR-77 RLM |
| ) | |
| JEFFERY PAUL MILLER ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 20, 2014. Accordingly, the court ADOPTS those findings and the recommendation, ACCEPTS defendant Jeffery Miller's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Information, in violation of 18 U.S.C. § 2314 and 18 U.S.C. § 1956(a)(1)(B)(i).

SO ORDERED.

ENTERED:  September 8, 2014

/s/ Robert L. Miller, Jr.
Judge
United States District Court